USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

STEVEN FISCHKOFF,

             Plaintiff,

    -against-

IOVANCE BIOTHERAPEUTICS, INC.,

             Defendant-
             Counterclaimant and

MARIA FARDIS,

             Defendant.

---------------------------------------------------------------X

17 CV 05041 (AT) (GWG)

**JOINT STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties herein that the above-entitled action be, and hereby is, discontinued by plaintiff STEVEN FISCHKOFF against Defendant-Counterclaimant IOVANCE BIOTHERAPEUTICS, INC. and Defendant MARIA FARDIS; and by Defendant-Counterclaimant IOVANCE BIOTHERAPEUTICS, INC. against plaintiff STEVEN FISCHKOFF, with prejudice and without costs or fees to any party. This stipulation may be executed in counterparts and facsimile or electronic copies shall be deemed originals.

Dated: New York, New York
      October 8, 2020

MOSES & SINGER LLP                                          MORGAN, LEWIS & BOCKIUS LLP

By: *Kimberly Klein*                                        By: _____
    Kimberly Klein, Esq.                                      Kimberly Lunetta, Esq.
                                                              Michael Banks, Esq.
    The Chrysler Building                                     Patrick Duffey, Esq.
    405 Lexington Avenue
    New York, NY  10174-1299                                  101 Park Avenue
    Tel.: (212) 554-7853                                      New York, NY 10178-0060
    Fax: (917) 206 4353                                       Tel.:  (212) 309-6000
                                                              Fax:  (212) 309-6001

*Attorneys for Plaintiff*                                   *Attorneys for Defendants*

                                                                         SO ORDERED.

                                                       Dated: October 13, 2020
                                                            New York, New York

                                                    _____
                                           HON. ANALISA TORRES
                                           United States District Judge